702 A.2d 1285

ADA ROSSI, PLAINTIFF-APPELLANT, v. BOROUGH OF
HADDONFIELD, DEFENDANT-RESPONDENT, AND
JOHN DOE PROPERTY OWNER, DEFENDANT.

Argued November 17, 1997—Decided December 3, 1997.

*Robert A. Porter* argued the cause for appellant (*Friedman,
Bafundo & Porter*, attorneys; *John D. Borbi*, on the briefs).

*W. Thomas McBride* argued the cause for respondent (*Crawshaw, Mayfield, Turner, O'Mara, Donnelly, Thomas & McBride*, attorneys; *Mr. McBride* and *Sherri A. Affrunti*, on the briefs).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Shebell's opinion of the Appellate Division, reported at 297 *N.J.Super.* 494, 688 *A.2d* 643 (1997).

*For affirmance*—Chief Justice PORITZ and Justices
HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN and
COLEMAN—7.

*Opposed*—None.